Harry D. Cohen, for appellant; Joseph B. Gilbert, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.

William E. Emmick, Appellee, v. Baltimore and Ohio Railroad Company and Girton Brothers, Inc., Defendants.
Appeal of Baltimore and Ohio Railroad Company, Appellant.

Gen. No. 44,653.

Rawlins & Wright, and E. W. Lademann, for appellant; Fay Warren Johnson, of counsel; Royal W. Irwin, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.